DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KARL KATES,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3247

[January 17, 2019]

Appeal of order denying rule 3.850 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 07-9061CF10B.

Karl Kates, Carrabelle, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***